# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

USA,  CRIMINAL NO. 06-20144

    Plaintiff  HONORABLE PATRICK J. DUGGAN

vs.

    MAGISTRATE JUDGE MONA J. MAJZOUB

LEVIRNE DUKE SANSBURY,

    Defendant.     /

## ORDER STRIKING DOCUMENT

Upon review the Court Strikes the following documents: Defendant's Motion to Remove Tether (docket #35), which was filed ex parte by defendant and not his counsel of record.

The Court has determined that these documents do not conform with FRCP Rule 11(a).

Therefore, this order shall be put on the docket, and the docket edited to show that the above documents have been STRICKEN and deemed not a part of the record in this case.

SO ORDERED.

Dated: November 15, 2006       s/ Mona K. Majzoub
                                              MONA K. MAJZOUB
                                              UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: November 15, 2006       s/ Lisa C. Bartlett
                                              Courtroom Deputy